**People of the State of Illinois, Plaintiff-Appellee, v. Curtis Haley, Defendant-Appellant.**

**Gen. No. 51,262. (Abstract of Decision.)**

First District, Second Division.

April 1, 1969.

Rehearing denied April 22, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall J. Hartman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Michael Stevenson, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.